# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Steven Wooten                        Docket No. 4:10-CR-65-1BR

### Petition for Action on Supervised Release

COMES NOW J. Brock Knight, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Steven Wooten, who, upon an earlier plea of guilty to five counts of Distribution of a Quantity of Cocaine Base (Crack) and Distribution of a Quantity of Cocaine Base (Crack) and Aiding and Abetting, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on April 4, 2011, to the custody of the Bureau of Prisons for a term of 37 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

4. The defendant shall pay a special assessment of $600 and a fine in the amount of $2,300.

Steven Wooten was released from custody on April 23, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A urine specimen collected from the releasee on April 24, 2013, was positive for cocaine. When this officer confronted Wooten about illicit drug use, he admitted that he used cocaine on April 23, 2013. As a sanction for this violation conduct, participation in substance abuse treatment, DROPS, and a cognitive behavioral program as offered by the probation office are recommended.

Steven Wooten
Docket No. 4:10-CR-65-1BR
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin the DROPS Program in the second use level.

2. The defendant shall participate in a cognitive behavioral program as offered by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield | /s/ J. Brock Knight |
| Dwayne K. Benfield | J. Brock Knight |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street, Room 214 |
| | Greenville, NC 27858-1137 |
| | Phone: 252-758-7200 |
| | Executed On: May 3, 2013 |

### ORDER OF COURT

Considered and ordered this ___7___ day of ___May___, 2013, and ordered filed and made a part of the records in the above case.

_____ /s/ W. Earl Britt _____
W. Earl Britt
Senior U.S. District Judge