IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:10-CR-65-1BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| | ) | |
| | ) | |
| STEVEN WOOTEN, | ) | |
| | ) | |
| Defendant. | ) | |

At the direction of the Court, and for the continued efficient administration of justice, the

above captioned case is reassigned to the Honorable James C. Dever III, Chief United States

District Judge, for all further proceedings. **All future documents should reflect the revised**

**case number of 4:10-CR-65-1D.**

This 29th day of September, 2015.

For JULIE RICHARDS JOHNSTON, CLERK